# EXHIBIT A

## Affidavit / Declaration of the petitioner

# DECLARATION UNDER PENALTY OF PERJURY

I, Ahmadzai Abdul Ghafoor currently detained by immigration and custom enforcement ICE and have been in continuous detention  since may 23, 2025,

I was working with organization called PPS (PRESIDENT PROTECTIVE SERVICE) to protect the president of republic of Afghanistan. The organization was primary build by Americans in 2005 and was contentiously took the responsibility to protect the president in Afghanistan. after contentious training of afghan natives they carry the responsibility to afghans in 2009 but was still training and helping with the equipment's. and I was translator and IT manager at the same time .being a translator to Americans  was the job that Taliban hated most and after Taliban take over in august 2021 there was no possibility of living in that country so I left my country to be save.

I after I arrived to immigration and custom enforcement custody they accused me as a danger to community and that is completely unfair accusation because I spend all my life to educate my self and raise my voice for freedom human rights and work six year as a translator and government staff.

I respectfully state that I pose no danger to community and I am not a flight risk. I am committed to complying with all immigration proceedings and conditions imposed by the court.

Submit this declaration in support of my petition for writ of habeas corpus and  any related request for relief.

**Declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Ahmadzai Abdul Ghafoor
A#: 246-718-247

04 /10 /2026

date

# EXHIBIT B

# Job and Employment

# Job and employment

I was working with organization called PPS (PRESIDENT PROTECTIVE SERVICE) to protect the president of republic of Afghanistan. The organization was primary build by Americans in 2005 and was contentiously took the responsibility to protect the president in Afghanistan. after contentious training of afghan natives they carry the responsibility to afghans in 2009 but was still training and helping with the equipment's. and I was translator and IT manager at the same time . I start working with that particular organization in 2016 after I completing my bachelor degree from India and contentiously worked until August 2021 being a translator to Americans  was the job that Taliban hated most and after Taliban take over in august 2021 there was no possibility of living in that country so I left my country to be save.

I got necessary training by Americans and afghan trainers as a army, physical, guns, and some special training  for protection the president and some short coerces in American embassy .

Please find following attached documents as a reference:

A# 246-718-247

AHMADZAI ABDUL

AHMADZAI ABDUL GHAFOOR
A# 246-718-247

**Immigration and Custom Enforcement**
**El Paso Service Processing Center**
**8915 Montana Ave,**
**El Paso, TX 79925**

DATE 04/01/2026

To Deportation officer  C. ARROYO

Dear Immigration Officer:

I request that ICE review my custody status while taking the following information into consideration, because I believe I qualify for release under an order of supervision. I have been in detention for more than 180 days after my removal order become final, and it is unlikely that I will be deported to Afghanistan in reasonably foreseeable future. I am not danger to public safety, and nor am I a flight risk.

I entered the United states on 04/30/2025 through juarez el paso border. My home country will not accept my deportation because Afghanistan does not have repatriation with United states, and nor we have embassy in United states to receive travel documents .

I am not danger to public safety , because I spent all my life educating my self raise my voice for freedom and human rights and worked six years as president guard of Islamic republic of Afghanistan. That particular organization I was working with called PPS President Protective service which was responsible to protect the president, and initially build in 2005 by Americans, and that staff were trained and provide equipment by Americans. that was the reason I was working some time as translator and have close relation with them .

I am not a significant flight risk, because I will live at 105 VIA Cabrera LN Martined , 94553 Los Angles California with Ahmadzai Noorajan and Ahmadzai Mohammed Naqib who were working as president guard and American troops translator respectfully .If I released I will concentrate on working and supporting my family and also play a role in development of community. I am prepared to comply with all restrictions imposed on me as part of my release.

I will comply with all condition placed on my release.

For these reasons I respectfully request that I be released under an order of supervision so that I may join my family, return to lawful employment , and no longer be a financial burden to my family or society.

Signature

full name   AHMIADZAI ABDUL

A# 246-718-247

I verified that you do have a final order. So there is no estimation when you will be removed. You are under current procedings to be removed. You are going to have to wait till it is your time to leave.

DO FB   4/3/26

From: AHMADZAI ABDUL GHAFOOR

A#: 246-718-247

Immigration and custom Enforcement

Elpaso Service processing center

8915 Montana Ave:

EL paso, TX 79925



WED 15 APR 2026 PM

FILED

APR 16 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

To: United states District court For
the western district court oF Texa
Albert Armendariz SR, United
states courthouse 525 Magoffin
Avenue, Room 105 EL paso TX
79901