**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

AHMADZAI ABDUL GHAFOOR,
Petitioners,

v.                                                              No. 3:26-CV-01105-DB

TODD BLANCHE, *Acting Attorney General[1]*,
*et al*.,
    Respondents.

### Federal Respondents[2]' Unopposed Motion for Extension of Time

Federal Respondents move this Court to extend the deadline to answer or otherwise respond to the Court's Order dated April 17, 2026, for an additional two days until April 23, 2026. The current answer deadline is April 21, 2026.

Respondents need additional time to identify and address the important facts related to Petitioner's case and appropriately respond to the petition. Petitioner is pro se and detained. Respondents counsel was able to confer with Petitioner over the phone for his position on the motion. Respondent's Counsel stated we were going to be requesting an additional two days to respond and asked for his position on the motion. Petitioner stated he did not oppose the extension.

This motion is not designed for delay, but to allow sufficient time for the issues raised to be properly addressed. Federal Respondents, therefore, request to extend the deadline to respond to the Court Order to April 23, 2026.

---

[1]   In accordance with Fed. R. Civ. P. 25(d) Pamela Jo Bondi's successor, Todd Blanche, is automatically substituted as the defendant in this action.

[2]   The Department of Justice represents only federal employees in this action.

Respectfully submitted,

Justin R. Simmons
United States Attorney

By:   */s/ Nathan Ripley*
Nathan Ripley
Special Assistant United States Attorney
Illinois Bar No. 304097
700 E. San Antonio Ave., Suite 200
El Paso, Texas 79901
(915) 534-6884 (phone)
Nathan.Ripley@usdoj.gov

*Attorneys for Federal Respondents*

## Certificate of Conference

The undersigned attorney conferred with Petitioner on April 21, 2026, via phone call, to get his position on the motion.

*/s/ Nathan Ripley*
Nathan Ripley
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, I caused the Federal Respondents' Motion for an

Extension of Time to be served on Petitioner by sending copies via certified U.S. mail as follows:

Ahmadzai Abdul Ghafoor
A#XXX-XXX-247
Immigration and Customs Enforcement El Paso Processing Center
8915 Montana Ave
El Paso, Tx 79925

Dated: April 21, 2026                                  Respectfully submitted,

Justin R. Simmons
United States Attorney

*/s/ Nathan Ripley*
Nathan Ripley
Special Assistant United States Attorney
Illinois Bar No. 304097
700 E. San Antonio Ave., Suite 200
El Paso, Texas 79901
(915) 534-6884 (phone)
Nathan.Ripley@usdoj.gov

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

AHMADZAI ABDUL GHAFOOR,
Petitioners,

    v.

TODD BLANCHE, *Acting Attorney General*,
*et al*.,
    Respondents.

No. EP-26-CV-01105-DB

**Order**

The Court has considered Federal Respondents' Opposed Motion for an Extension of Time in which to answer or otherwise respond to Petition for A Writ of Habeas Corpus and finds it to be meritorious. The motion is accordingly **GRANTED**.

Respondent shall have until April 23, 2026, to answer or otherwise respond to the Court's Order dated April 17, 2026.

IT IS SO ORDERED.

Signed and entered this _____ day of _____, 202__.

_____
The Honorable David Briones
Senior United States District Judge