UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

AHMADZAI ABDUL GHAFOOR,
Petitioners,

v.

No. EP-26-CV-01105-DB

TODD BLANCHE, *Acting Attorney General*,
*et al.*,
Respondents.

## Order

The Court has considered Federal Respondents' Unopposed Motion for an Extension of Time, ECF No. 4, in which to answer or otherwise respond to Petition for A Writ of Habeas Corpus and finds it to be meritorious. The motion is accordingly **GRANTED**.

Respondent shall have until April 23, 2026, to answer or otherwise respond to the Court's Order dated April 17, 2026.

IT IS SO ORDERED.

Signed and entered this 22nd day of April 2026.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE