**EXHIBIT**
**A**

**DECLARATION OF**
**SUPERVISORY DETENTION AND DEPORTATION OFFICER JESUS RAMIREZ**
**ON EFFORTS TO REMOVE ABDUL GHAFOOR AHMADZAI**
**FROM THE UNITED STATES**

Pursuant to the authority of 28 U.S.C. § 1746, I, Jesus Ramirez, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1.    I have been employed by DHS ICE in various roles since August 6, 2006. I am the Supervisory Detention and Deportation Officer (SDDO) at El Paso Processing Center in El Paso, Texas. I have been an SDDO for ERO El Paso since August 23, 2015.

2.    I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from available records, systems, databases, other DHS employees, and information portals maintained and relied upon by DHS in the regular course of business.

3.    I am aware that Abdul Ghafoor Ahmadzai has filed a petition for writ of habeas corpus has been filed in the U.S. District Court, Western District of Texas, El Paso Division.

4.    I am familiar with the facts and circumstances regarding Petitioner and provide the following information regarding removal efforts:

**What concrete steps have been taken to effectuate Petitioner's removal?**

5.    On September 16, 2025, ERO El Paso forwarded Petitioners Afghan identification documents, passport face sheet and a Country Identity Document, Form I-269, to ICE ERO Headquarters (HQ), Removal International Operations (RIO), Detention and Deportation Officer (DDO).

6.    On September 17, 2025, HQ RIO DDO advised ERO El Paso that the Petitioner will be placed on the Afghans Needing Transportation Letter list and Assistant Attaché for Removal is working on obtaining the letter and that there are more than 100 aliens waiting for letters. When

1

a letter is obtained, ERO El Paso will be notified.

7.    On October 6, 2025, ERO El Paso requested an update from HQ RIO DDO for the pending letter issuance and removal.  HQ RIO DDO response indicated that there are no updates at this time.

8.    On October 21, 2025, ERO El Paso requested an update from HQ RIO DDO for the pending letter issuance and removal.   ERO El Paso resubmitted I-269 and copy of passport face sheet to HQ RIO. HQ RIO DDO response indicated that Petitioner's information has been updated on spreadsheet.

9.    On November 3, 2025, ERO El Paso sent a travel letter request to the United States Mission to Afghanistan in Doha, Qatar.

10.   On November 12, 2025, ERO El Paso requested an update from HQ RIO DDO for the pending letter issuance and removal.  HQ RIO DDO response indicated that there are no updates at this time.

11.   On December 4, 2025, ERO El Paso requested an update from HQ RIO DDO for the pending letter issuance and removal.  HQ RIO DDO response indicated that the transportation letter request is still pending.

12.   On January 19, 2026, ERO El Paso requested an update from HQ RIO DDO for the pending letter issuance and removal.

13.   On January 20, 2026, HQ RIO DDO response indicated that the transportation letter request is still pending.

14.   On February 2, 2026, ERO El Paso requested an update from HQ RIO DDO for the pending letter issuance and removal.  HQ RIO DDO response indicated that the transportation letter request is still pending.

15.   On February 16, 2026, ERO El Paso requested an update from HQ RIO DDO for the

pending letter issuance and removal.

16. On February 20, 2026, HQ RIO DDO response indicated that the transportation letter request is still pending.

17. On March 13, 2026, ERO El Paso requested an update from HQ RIO DDO for the pending letter issuance and removal.

18. On March 15, 2026, HQ RIO DDO response indicated that the transportation letter request is still pending.

19. On March 28, 2026, ERO El Paso requested an update from HQ RIO DDO for the pending letter issuance and removal.

20. On April 11, 2026, HQ RIO DDO response indicated that the transportation letter request is still pending.

**What obstacles exist to effectuating Petitioner's removal?**

21. On May 29, 2025, ERO El Paso found derogatory information due to the Petitioner's association with another individual with derogatory information. ERO El Paso Intel Unit requested Petitioner not be released, removed or transferred, pending further vetting of Petitioner.

22. On June 14, 2025, Petitioner claimed fear of returning to his country of citizenship and ERO El Paso referred his case for reasonable fear determination with United States Citizenship and Immigration Services (USCIS).

23. On June 27, 2025, ERO El Paso received notification Petitioner has been designated as a Known Suspected Terrorist (KST).

24. On July 9, 2025, USCIS issued the Petitioner a negative fear finding.

25. On August 1, 2025, ERO El Paso received a request from the Joint Terrorism Task Forces (JTTF) to interview Petitioner the week on August 18, 2025.

26. On August 18, 2025, JTTF advised ERO El Paso they will no longer be interviewing the Petitioner.

27. On September 16, 2025, ERO designated Petitioner as a High-Profile Removal which will require ERO Headquarters coordination.

28. ERO is awaiting the issuance of a travel document to remove petitioner from the United States.

**What concrete steps have been taken to address the existing obstacles?**

29. The Petitioner's case has been referred to our travel team who have been working on receiving a travel document for the Petitioner.

30. ERO El Paso has requested an update on the issuance of a transportation letter from ICE ERO HQ RIO.

**What is the anticipated timeline for Petitioner's removal from the United States?**

31. At the time of this declaration, ERO El Paso does not have an anticipated time for the Petitioner's removal. ERO El Paso believes removal is likely in the reasonably foreseeable future as we continue to monitor the Petitioner's pending issuance of transportation letter issuance for a HPR coordinated removal.

I declare under penalty of perjury that the foregoing is true and correct. Signed on April 22, 2026.

JESUS M RAMIREZ JR
Digitally signed by JESUS M RAMIREZ JR
Date: 2026.04.22 12:07:29 -06'00'

Jesus Ramirez
Supervisory Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
El Paso, Texas

4