3:26-cv-1105-DB / #2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ahmadzai Abdul Ghafoor
A# 296-718-247
El Paso Processing Center
8915 Montana Ave
El Paso, TX 79925

|||||||||||||||||||||||||||||||||||||||

9590 9402 6692 1060 9558 85

2. Article Number (Transfer from service label)

9589 0710 5270 3845 8400 50

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Maria Gon_    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

Maria Gon   FILED   4-22-16

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☑ No

APR 27 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



USPS TRACKING #

9590 9402 6692 1060 9558 85

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN AVENUE, ROOM 105
EL PASO, TEXAS 79901

26CV1105 DB          DOC#2