**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1.
Ahmadzai Abdul Ghafoor
A#246-718-247
Immigration and Customs Enforcement
El Paso Processing Center
8915 Montana Ave
El Paso, Tx 79925
3:26-cv-1105-DB ecf 5



9590 9402 8271 3094 5427 22

2. Article Number (Transfer from service label)

9589 0710 5270 3495 0351 41

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Marca Gen

☐ Agent
☐ Addressee

B. Received by (Printed Name)

Maria FILED

C. Date of Delivery

9-77-76

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

APR 29 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY
DEPUTY CLERK

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8271 3094 5427 22

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN AVENUE, ROOM 105
EL PASO. TEXAS 79901