**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

AHMADZAI ABDUL GHAFOOR,
Petitioners,

v.

No. 3:26-CV-01105-DB

TODD BLANCHE, *Acting Attorney General[1]*,
*et al.*,
    Respondents.

### Federal Respondents[2] Opposed Motion for Extension of Time

Federal Respondents move this Court to extend the deadline to answer or otherwise respond to the Court's Order dated April 28, 2026, for an additional ten days until May 11, 2026. The current answer deadline is May 1, 2026.

Respondents need additional time to identify and address the important facts related to Petitioner's case and appropriately respond to the petition. Given the sensitivity of the information involved, and the coordination between the United States Attorney's Office and ICE required, Respondents request an extension of 10 days. Petitioner is pro se and detained. Respondents counsel was able to confer with Petitioner over the phone for his position on the motion. Undersigned Counsel stated we were going to be requesting an additional ten days to respond and asked for his position on the motion.   Petitioner opposed the motion for extension of time.

---

[1]   In accordance with Fed. R. Civ. P. 25(d) Pamela Jo Bondi's successor, Todd Blanche, is automatically substituted as the defendant in this action.

[2]   The Department of Justice represents only federal employees in this action.

This motion is not designed for delay, but to allow sufficient time for the issues raised to be properly addressed. Federal Respondents, therefore, request to extend the deadline to respond to the Court Order to May 11, 2026.

Respectfully submitted,

Justin R. Simmons
United States Attorney

By: /s/ Nathan Ripley
Nathan Ripley
Special Assistant United States Attorney
Illinois Bar No. 304097
700 E. San Antonio Ave., Suite 200
El Paso, Texas 79901
(915) 534-6884 (phone)
Nathan.Ripley@usdoj.gov

*Attorneys for Federal Respondents*

## Certificate of Conference

The undersigned attorney conferred with Petitioner on May 1, 2026, via phone call, to get his position on the motion. Petitioner opposed the motion for an extension of time.

/s/ Nathan Ripley
Nathan Ripley
Special Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, I caused the Federal Respondents' Motion for an

Extension of Time to be served on Petitioner by sending copies via certified U.S. mail as follows:

Ahmadzai Abdul Ghafoor
A#XXX-XXX-247
Immigration and Customs Enforcement El Paso Processing Center
8915 Montana Ave
El Paso, Tx 79925

Dated: May 1, 2026                    Respectfully submitted,

Justin R. Simmons
United States Attorney

*/s/ Nathan Ripley*
Nathan Ripley
Special Assistant United States Attorney
Illinois Bar No. 304097
700 E. San Antonio Ave., Suite 200
El Paso, Texas 79901
(915) 534-6884 (phone)
Nathan.Ripley@usdoj.gov

*Attorneys for Federal Respondents*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

AHMADZAI ABDUL GHAFOOR,
Petitioners,

    v.

No. 3:26-CV-01105-DB

TODD BLANCHE, *Acting Attorney General*,
*et al*.,
    Respondents.

**Order**

The Court has considered Federal Respondents' Opposed Motion for an Extension of Time in which to answer or otherwise respond to Petition for A Writ of Habeas Corpus and finds it to be meritorious. The motion is accordingly **GRANTED**.

Respondent shall have until May 11, 2026, to answer or otherwise respond to the Court's Order dated April 28, 2026.

IT IS SO ORDERED.

Signed and entered this _____ day of _____, 202__.

_____
The Honorable David Briones
Senior United States District Judge