# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

AHMADZAI ABDUL GHAFOOR,
Petitioners,

v.

No. 3:26-CV-01105-DB

TODD BLANCHE, *Acting Attorney General*, *et al.*,
Respondents.

## Order

The Court has considered Federal Respondents' Opposed Motion for an Extension of Time in which to answer or otherwise respond to Petition for A Writ of Habeas Corpus and finds it to be meritorious.

Accordingly, **IT IS HEREBY ORDERED** Respondent's Opposed Motion for an Extension of Time, ECF No. 12, is **GRANTED**.

**IT IS FURTHER ORDERED** Respondents shall have until **May 11, 2026**, to answer or otherwise respond to the Court's Order dated April 28, 2026.

**IT IS FINALLY ORDERED** that the District Clerk's Office **SHALL MAIL** a copy of this order to Petitioner's address on file.

**IT IS SO ORDERED**.

**SIGNED** this **4th** day of **May 2026.**

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**