**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ahmadzai Abdul Ghafoor
A#246-718-247
Immigration and Customs Enforcement
El Paso Processing Center
8915 Montana Ave
El Paso, Tx 79925
3:26-CV-1105-DB ecf 9



9590 9402 9662 5199 0558 98

2. Article Number *(Transfer from service label)*

9589 0710 5270 3495 0354 00

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____    ☐ Agent
                              ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

L.G.  FILED        5/2/26

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

MAY 0 5 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 9662 5199 0558 98

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN AVENUE, ROOM 105
EL PASO, TEXAS 79901