**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

AHMADZAI ABDUL GHAFOOR,
 Petitioner,

v.                                                      No. 3:26-CV-001105-DB

TODD BLANCHE, *Attorney General*, *et al*.,
 Respondents.

**Federal Respondents' Supplemental Advisory to the Court**

Pursuant to this Court's order issued on April 28, 2026, ECF No. 9, Respondents file this supplemental advisory. In support of this status update, Respondents submit the attached declaration. *See* Ex. A (Ramirez Declaration). The Court has inquired:

1. **What is Petitioner's current designation with respect to the June 27, 2025, notification that Petitioner has been designated as a "Known Suspected Terrorist"?**

   At this time, Petitioner's current designation is not available to disclose. Ex. A at ¶ 5.

2. **Does Petitioner remain under investigation to substantiate those designations?**

   Respondents are not privy to the status of the investigation. *Id*. at ¶ 6.

3. **Since the August 18, 2025, notification the Joint Terrorism Task Forces (JTTF) will not interview Petitioner, has this task force indicated they are taking any action as to Petitioner? What is the status of this investigation (e.x. ongoing or closed)?**

   Respondents have not been advised as to any action that will be taken against Petitioner. *Id*. at ¶ 7.

4. **What does Petitioner's designation as a "High-Profile Removal" mean generally beyond requiring ERO Headquarters coordination?**

   The High-Profile Removal Program provides ERO executive management visibility on

1

scheduled alien removals which may involve Congressional, media, or foreign government interest. This also allows Headquarters ERO to support the field offices and provide notice and information to internal and external partners. *Id*. at ¶ 8.

5. **Besides the request for travel documents to Afghanistan, what other steps, if any, have Respondents taken to effectuate Petitioner's removal?**

ERO El Paso has been requesting updates on the status of the pending transportation letter. On April 20, 2026, ERO HQ Removal International Operations, Detention and Deportation Officer advised the request was still pending. *Id* at ¶ 9.

6. **Are the travel documents the only missing element to actually remove Petitioner or are there other processes or requests that must happen as well?**

Once a travel document and transportation letter are received, arrangements to remove Petitioner will be made with HQ RIO and the specific details will be arranged by HQ RIO. *Id*. at ¶¶ 10-11.

7. **Have Respondents designated a third country for removal?**

No third country for removal has been designated at this time. *Id*. at ¶ 12

8. **If so, what steps have Respondents taken to effectuate Petitioner's removal to a third country?**

No third country has been designated at this time but ERO El Paso continues with HQ RIO on potential alternative removal efforts. *Id*. at ¶¶ 12-13.

Respectfully submitted,

Justin R. Simmons
United States Attorney

By:    */s/ Nathan Ripley*
Nathan Ripley
Special Assistant United States Attorney
Illinois ID No. 304097
700 E. San Antonio Ave., Ste. 200
El Paso, Texas 79901
(915) 534-6884 (phone)
Nathan.Ripley@usdoj.gov


Attorneys for Federal Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I caused the Federal Respondents' Supplemental Advisory to be served on Petitioner by sending copies via certified U.S. mail as follows:

Ahmadzai Abdul Ghafoor
A#XXX-XXX-247
Immigration and Customs Enforcement El Paso Processing Center
8915 Montana Ave
El Paso, Tx 79925

Dated: May 11, 2026                          Respectfully submitted,

Justin R. Simmons
United States Attorney

*/s/ Nathan Ripley*
Nathan Ripley
Special Assistant United States Attorney
Illinois Bar No. 304097
700 E. San Antonio Ave., Suite 200
El Paso, Texas 79901
(915) 534-6884 (phone)
Nathan.Ripley@usdoj.gov

*Attorneys for Federal Respondents*

4