

**DECLARATION OF SUPERVISORY DETENTION AND DEPORTATION OFFICER
JESUS RAMIREZ ON EFFORTS TO REMOVE
ABDUL GHAFOOR AHMADZAI FROM THE UNITED STATES**

Pursuant to the authority of 28 U.S.C. § 1746, I, Jesus Ramirez, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I have been employed by DHS ICE in various roles since August 6, 2006. I am the Supervisory Detention and Deportation Officer (SDDO) at El Paso Processing Center in El Paso, Texas. I have been an SDDO for ERO El Paso since August 23, 2015.

2. I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from available records, systems, databases, other DHS employees, and information portals maintained and relied upon by DHS in the regular course of business.

3. I am aware that Abdul Ghafoor Ahmadzai has filed a petition for writ of habeas corpus has been filed in the U.S. District Court, Western District of Texas, El Paso Division.

4. I am familiar with the facts and circumstances regarding Petitioner and provide the following information regarding removal efforts:

**What is Petitioner's current designation with respect to the June 27, 2025, notification that Petitioner has been designated as a "Known Suspected Terrorist"?**

5. ERO El Paso has been advised that the information provided by the Joint Terrorism Task Force (JTTF) from the Federal Bureau of Investigations (FBI) is not available to distribute outside our agency.

**Does Petitioner remain under investigation to substantiate those designations?**

6. ERO El Paso is not pry to the status of an investigation regarding the Petitioner.

**Since the August 18, 2025, notification the Joint Terrorism Task Forces (JTTF) will not interview Petitioner, has this task force indicated they are taking any action as to Petitioner? What is the status of this investigation (e.x. ongoing or closed)?**

7. ERO El Paso has not been advised any action will be taken against Petitioner and ERO is not privy to the status of any investigation.

**What does Petitioner's designation as a "High-Profile Removal" mean generally beyond requiring ERO Headquarters coordination?**

8. The objective of the High-Profile Removal (HPR) Program is to provide ERO executive management visibility on scheduled alien removals. which may bring congressional, media, or foreign government interest, including National Security cases and Human Rights Violator cases. The HPR Operations Plan also serves as a mechanism that allows Headquarters (HQ) ERO to support the field as well as to provide notice and information of an HPR to internal and external Law Enforcement and Intelligence Community partners.

**Besides the request for travel documents to Afghanistan, what other steps, if any, have Respondents taken to effectuate Petitioner's removal?**

9. On April 30, 2026, ERO El Paso requested an update from ERO HQ Removal Internation Operations (RIO), Detention and Deportation Officer (DDO) for the pending letter issuance and removal. HQ RIO DDO response on the same date indicated that the transportation letter request is still pending.

**Are the travel documents the only missing element to actually remove Petitioner or are there other processes or requests that must happen as well?**

10. Once ERO El Paso receives a travel document and transportation letter then arrangements will need to be made with HQ RIO for Petitioner's removal which will

either be via an ICE Air Charter flight or a commercial flight, which will be determined by HQ RIO.

11. Removals can only be conducted when ICE ERO is in possession of a transportation letter from Doha, Qatar and after the HQ RIO DDO receives clearance from the Assistant Attaché for Removal (AAR) and Kam Air.

**Have Respondents designated a third country for removal?**

12. ERO has not designated a third country for removal currently.

**If so, what steps have Respondents taken to effectuate Petitioner's removal to a third country?**

13. ERO El Paso continues to work with HQ RIO for other alternative removal efforts.

I declare under penalty of perjury that the foregoing is true and correct. Signed on May 11, 2026.

JESUS M RAMIREZ JR
Digitally signed by JESUS M RAMIREZ JR
Date: 2026.05.11 17:16:51 -06'00'

Jesus Ramirez
Supervisory Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
El Paso, Texas