ORIGIN ID:ELPA          (915) 534-6725
CONNIE SANCHEZ
US DISTRICT CLERKS OFFICE
525 MAGOFFIN AVE., RM 105

EL PASO, TX 79901
UNITED STATES US

SHIP DATE: 13MAY26
ACTWGT: 1.00 LB
CAD: 103135438/INET4535

BILL SENDER

TO    **AHMADZAI ABDUL GHAFOOR A246718247**
     **EL PASO SPC SERVICE PROCESSING CTR**
     **8915 MONTANA AVE**

     **EL PASO TX 79925**
     (915) 834-0519         REF: 3:26CV1105 DB
     INV:
     PO:                              DEPT:

 

58KJ2/2061/484B

**THU – 14 MAY 10:30A**
**PRIORITY OVERNIGHT**

TRK#  **8717 6873 4306**
0201

**79925**

**4A UVAA**       TX-US **ELP**



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.