**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

AHMADZAI ABDUL GHAFOOR,
    Petitioner,

    v.                                                                  No. 3:26-CV-01105-DB

MARY DE ANDA-YBARRA, *et al*.,
    Respondents.

**Federal Respondents' Notice to the Court**

Pursuant to this Court's order issued on May 13, 2026, ECF No. 19, Respondents file this Notice to the Court. Upon information and belief, Petitioner was released pursuant to this Court's order of May 14, 2026.

Respectfully submitted,

Justin R. Simmons
United States Attorney

By:   */s/ Nathan Ripley*
     Nathan Ripley
     Special Assistant United States Attorney
     Illinois ID No. 304097
     700 E, San Antonio Ave. Ste. 200
     El Paso, Texas 79901
     (915) 534-6884 (phone)
     Nathan.Ripley@usdoj.gov

*Attorneys for Federal Respondents*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 18, 2026, I caused the Federal Respondents' Notice to the Court to be served on Petitioner by sending copies via certified U.S. mail to the address Petitioner provided upon his release:

Ahmadzai Abdul Ghafoor
A#XXX-XXX-247
163 Maricopa Ct.
Apt 1
Pleasant Hill, CA 94523-1423

Dated: May 18, 2026

Respectfully submitted,

Justin R. Simmons
United States Attorney

*/s/ Nathan Ripley*
Nathan Ripley
Special Assistant United States Attorney
Illinois Bar No. 304097
700 E. San Antonio Ave., Suite 200
El Paso, Texas 79901
(915) 534-6884 (phone)
Nathan.Ripley@usdoj.gov

*Attorneys for Federal Respondents*