**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

AHMADZAI ABDUL GHAFOOR,
   Petitioner,

   v.

MARY DE ANDA-YBARRA, *et al.*,
   Respondents.

No. 3:26-CV-01105-DB

**Federal Respondents' Notice to the Court**

Pursuant to this Court's order issued on May 13, 2026, ECF No. 19, Respondents file this Notice to the Court. Respondents attempted to confer with Petitioner on whether any issues remain to be resolved in this case by calling a phone number provided by Petitioner upon release.  The number was not valid, and the call would not go through. Respondents do not have any remaining issues for the Court to resolve in this case.

Respectfully submitted,

Justin R. Simmons
United States Attorney

By:  */s/ Nathan Ripley*
   Nathan Ripley
   Special Assistant United States Attorney
   Illinois ID No. 304097
   700 E. San Antonio Ave., Ste. 200
   El Paso, Texas 79901
   (915) 534-6884 (phone)
   Nathan.Ripley@usdoj.gov

*Attorneys for Federal Respondents*

1

**Certificate of Conference**

The undersigned attorney attempted to confer with Petitioner via phone call but was not able to reach Petitioner.

/s/ Nathan Ripley
Nathan Ripley
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2026, I caused the Federal Respondents' Notice to the Court to be served on Petitioner by sending copies via certified U.S. mail to the address Petitioner provided upon his release:

Ahmadzai Abdul Ghafoor
A#XXX-XXX-247
163 Maricopa Ct.
Apt 1
Pleasant Hill, CA 94523-1423

Dated: May 20, 2026

Respectfully submitted,

Justin R. Simmons
United States Attorney

/s/ Nathan Ripley
Nathan Ripley
Special Assistant United States Attorney
Illinois Bar No. 304097
700 E. San Antonio Ave., Suite 200
El Paso, Texas 79901
(915) 534-6884 (phone)
Nathan.Ripley@usdoj.gov

*Attorneys for Federal Respondents*

2