**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **AHMADZAI ABDUL GHAFOOR,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-01105-DB** |
| **v.** | § | |
| | § | |
| | § | |
| **PAMELA BONDI**, *Attorney General*, *et* | § | |
| *al.*, | § | |
| **Respondents.** | § | |

### <u>ORDER LIFTING DOCKET VIEWING RESTRICTIONS</u>

On this day, the Court considered non-party Court Watch's "Motion to Lift Access Restrictions on Court Filings," ECF No. 25, filed on June 22, 2026. After due consideration, the Court finds the Motion should be granted.

Accordingly, **IT IS HEREBY ORDERED** non-party Court Watch's "Motion to Lift Access Restrictions on Court Filings," ECF No. 25, is **GRANTED**.

**IT IS FURTHER ORDERED** that the limitations on remote access to electronic files otherwise applicable in this case, *see* Fed. R. Civ. P. 5.2(c), are lifted.

**IT IS FURTHER ORDERED** the District Clerk is directed to lift all viewing restrictions on the docket—*i.e.*, to make all prior filings electronically available to the public, and all future filings shall be publicly available unless the Court grants leave to file under seal or in redacted form.

**IT IS FINALLY ORDERED** that, if absolutely necessary, the District Clerk may change the nature of suit code to No. 530, "Habeas Corpus," thereby lifting the limitations on remote electronic access to the docket imposed by Rule 5.2(c).

**SIGNED** this **23rd** day of **June 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE